1
2
3
4
5                             UNITED STATES DISTRICT COURT
6                                  DISTRICT OF NEVADA
7                                          * * *
8    ANTHONY J. BRODZKI,                )
                                        )
9               Plaintiff,              )          2:11-cv-1041-LDG-RJJ
                                        )
10   vs.                                )
                                        )
11   SHERIFF DOUGLAS GILLESPIE,         )          O R D E R
                                        )
12              Defendant,              )
     _____)
13
14        This matter is before the Court on an Application to Proceed in District Court Without
15   Prepaying Fees or Costs (#1).
16        The Court having reviewed the Application (#1) and the proposed complaint attached
17   thereto and good cause appearing therefore,
18        IT IS HEREBY ORDERED that a status hearing is scheduled for July 27, 2011, at 9:00
19   AM in courtroom3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd.
     So., Las Vegas, Nevada.
20
          IT IS FURTHER ORDERED that only Plaintiff, Anthony J. Brodzki,  is required to
21
     appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may
22
     result in a recommendation that this case be dismissed.
23
          IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the
24
     Plaintiff by certified mail, return receipt requested.
25
          DATED this  29th  day of June, 2011.
26
27
28
                                        _____
                                        ROBERT J. JOHNSTON
                                        United States Magistrate Judge