UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY J. BRODZKI, | |
| Plaintiff, | Case No. 2:11-cv-01041-LDG (RJJ) |
| v. | **ORDER** |
| SHERIFF DOUGLAS GILLESPIE, | |
| Defendant. | |

The Magistrate Judge has reported that the plaintiff, Anthony J. Brodzki, has refused to participate in hearing scheduled by the Court, and recommended that this matter be dismissed with prejudice. No opposition or response to the Report and Recommendation has been filed. Accordingly, for good cause shown,

THE COURT **ADOPTS** the Report and Recommendation (#7);

THE COURT **ORDERS** that this matter is DISMISSED with prejudice;

THE COURT FURTHER **ORDERS** that the Application for Leave to Proceed In Forma Pauperis (#1) is DENIED as moot.

DATED this 17 day of February, 2012.

_____
Lloyd D. George
United States District Judge